JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FADY GUIRGUIS, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NCR VOYIX CORPORATION, a Maryland corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02578-JWH-KES<br><br>Hon. John W. Holcomb<br><br>**ORDER GRANTING STIPULATION TO ARBITRATE INDIVIDUAL CLAIMS AND DISMISS WITHOUT PREJUDICE CLASS ACTION AND PAGA CLAIMS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Based upon the Parties' Stipulation to Arbitrate Individual Claims and

2  Dismiss Without Prejudice Class Action and PAGA Claims, and good cause having

3  been shown, it is hereby **ORDERED** as follows:

4         1.    Plaintiff's individual claims against Defendant in this action are

5  **ORDERED** to final and binding arbitration pursuant to the terms of the Parties'

6  Arbitration Agreement.

7         2.    Plaintiff's class action and PAGA claims alleged in the First Amended

8  Complaint are **DISMISSED without prejudice**.

9         3.    The Court retains jurisdiction to confirm, vacate, or otherwise review

10 any arbitral award pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.*

11        4.    All pending hearings and case deadlines in this matter are hereby

12 **VACATED**.

13        5.    Plaintiff shall submit his demand for arbitration no later than

14 February 20, 2026.

15        6.    The Clerk is **DIRECTED** to close this case administratively.

16        **IT IS SO ORDERED.**

17

18 Dated: _____January 14, 2026_____

19                                      _____
                                        Honorable John W. Holcomb
                                        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -